**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roberto HERNANDEZ–HERNANDEZ, Defendant–Appellant.**

No. 12–50473.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2013.*

Filed Aug. 20, 2013.

Benjamin Holley, Scott Michael Lesowitz, Christopher Seth Askins, Bruce R. Castetter, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

John Paul Balazs, Law Offices of John P. Balazs, Sacramento, CA, for Defendant–Appellant.

Before: GRABER, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

Roberto Hernandez–Hernandez appeals from the district court's judgment and challenges the 55–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court did not abuse its discretion in imposing Hernandez's 55–month

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

sentence. See Gall v. United States, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The above-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances. See id.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.